# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MELVIN ELLIS HOLLY, )<br>)<br>Petitioner, )<br>)<br>-vs- )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. ) | Case Nos. CIV-08-404-F<br>CR-04-114-F |

## JUDGMENT

In accordance with the order entered this same date, petitioner's Motion to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody pursuant to 28 U.S.C. § 2255, filed October 24, 2008, is **DENIED**.

DATED at Oklahoma City, Oklahoma, this 17th day of September, 2009.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

04-0114p013.wpd